UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
IN COURT
CHARLOTTE, N. C.

SEP 1 4 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:05CR9-C |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| (3) PORFIRIO CASTRELLO BARRERA | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment (as it pertains to PORFIRIO CASTRELLO BARRERA, only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

This 14TH day of September, 2005.

ROBERT J. CONRAD, JR.
UNITED STATES DISTRICT JUDGE